IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 10 2006

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | NO.   4:05CR00037-01 JLH | |
| ALBERT SHANE VESTAL | | DEFENDANT |

### ORDER

The Judgment and Commitment Order entered on December 8, 2005 imposed a sentence of three (3) months imprisonment to run concurrently to the undischarged term of imprisonment defendant Albert Shane Vestal was presently serving in the Arkansas Department of Correction. The Order further stated that defendant Vestal was to receive credit for any time served in the Dallas County, Arkansas jail on these charges.

The Court has been advised that Albert Shane Vestal has completed his term of imprisonment in the Arkansas Department of Correction, has been released to the federal detainer, and is presently in custody of the United States Marshals Service. Counting his time served in the Dallas County Jail, Mr. Vestal has satisfied the sentence imposed in this case.

IT IS THEREFORE ORDERED that defendant Albert Shane Vestal has satisfied his term of imprisonment and is to be released from custody immediately. He will now begin serving his term of supervised release.

IT IS SO ORDERED this 10th day of January, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE